**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DEBRA DOMENICK,<br>Plaintiff,<br>v.<br>LACKAWANNA COUNTY, et al.,<br>Defendants. | CIVIL ACTION NO. 3:25-cv-01541<br>(SAPORITO, J.) |

## ORDER

AND NOW, this 30th day of October, 2026, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. Defendant Lackawanna County's motion to dismiss (Doc. 59) is **DENIED without prejudice**; and

2. Defendant Lackawanna County shall file and serve its answer to the second amended complaint (Doc. 57) **within fourteen (14) days** after entry of this order, *see* Fed. R. Civ. P. 12(a)(4)(A).

*s/Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
United States District Judge